

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-21-00081-CV

**IN RE** Olga Maria **NARRO** and Jose Elias Narro Arreazola, Relators

Original Proceeding[1]

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
                Irene Rios, Justice
                Lori I. Valenzuela, Justice

Delivered and Filed: April 14, 2021

PETITION FOR WRIT OF MANDAMUS DENIED

Relators have filed a petition for writ of mandamus and motion for temporary relief. We have the power to issue writs of mandamus when "agreeable to the principles of law regulating those writs." TEX. GOV'T CODE § 22.221(b). For mandamus, a relator has the burden to file a petition and record showing "the trial court abused its discretion and that no adequate appellate remedy exists." *In re H.E.B. Grocery Co., L.P.*, 492 S.W.3d 300, 302 (Tex. 2016) (orig. proceeding) (per curiam). Having reviewed the petition and documents included in the appendix, we conclude relators have not satisfied their burden. Accordingly, we deny the petition and motion for temporary relief. *See* TEX. R. APP. P. 52.8(a).[2]

PER CURIAM

---

[1] This proceeding arises out of Cause No. 34885, styled *In re J.E.N.*, pending in the 63rd Judicial District Court, Val Verde County, Texas, the Honorable Roland C. Andrade presiding.

[2] Because we agree with relators that the circumstances do not require an abatement under Texas Rule of Appellate Procedure 7.2, we also deny the Real Parties' motion to abate.